McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

MAY 30 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-cr-0091 MCE |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| JAMAINE DONTAE BARNES, also known as "Twin," "Twin Rich," "Rych Twyn," and "Jamaine Daboss," JAMAR DEONTAE BARNES, KAVIEO DAESHAUN LEE WILEY, also known as "Clout," VINCENT ISAIAH PATTERSON, JOHNESHA DENAE THOMPSON, KADRENA LATRICE WATTS, JEREMY JEROME BARNETT, also known as "J Mac," or "Mac," CHEVELE BERNARD RICHARDSON, also known as "Flipp," or "Flip," TASHAWN TERRELL DICKERSON, and LAMONT MONTEZ THIBODEAUX, | |
| Defendants. | |

The Court hereby orders that the Unredacted Indictment, the Petition of Assistant United States Attorney David W. Spencer to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court, and that the government is permitted to file a redacted copy of the Indictment, redacting any reference to KADRENA LATRICE WATTS.

Dated: May 30, 2019

_____
DEBORAH L. BARNES
United States Magistrate Judge