| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LEXI P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorney for Defendant |
| | JAMAINE BARNES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-091 MCE |
|---|---|
| Plaintiff, | ) MOTION TO WITHDRAW AS |
| | ) COUNSEL; ORDER |
| v. | ) |
| JAMAINE BARNES, | ) |
| Defendant. | ) |

Undersigned counsel hereby respectfully moves to withdraw as counsel for Mr. Jamaine Barnes. On July 25, 2019, the Office of the Federal Defender discovered a conflict in the case and determined that our office could no longer represent Mr. Barnes due to this conflict. The CJA Panel Administrator was notified and Michael Bigelow has accepted appointment in the case, so long as it is understood that he has a pre-paid vacation in September. Mr. Barnes has been advised that there is a conflict and agrees to the substitution of appointed counsel.

[THIS SPACE LEFT BLANK INTENTIONALLY]

Motion to Withdraw -1-

WHEREFORE, counsel for Mr. Barnes requests that this Honorable Court permit the Office of the Federal Defender to withdraw from the case and to order the CJA appointment of Michael Bigelow to represent Jamaine Barnes *nunc pro tunc* to July 25, 2019.

DATED: July 31, 2019   Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorney for JAMAINE BARNES

**ORDER**

The Office of the Federal Defender is hereby relieved as counsel and Michael Bigelow is appointed to represent Jamaine Barnes, *nunc pro tunc* to July 25, 2019.

IT IS SO ORDERED.

Dated: August 5, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE