UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAINE DONTAE BARNES,<br><br>Defendant. | No. 2:19-cr-00091-MCE<br><br><br><br>**ORDER** |

Defendant Jamaine Dontae Barnes is represented by counsel. Accordingly, his pro se "Notice of Failure of the US Attorney and/or Court to Provide the Defense Counsel with all Search Warrants and Affidavits Issued in this Case," ECF No. 100, is hereby STRICKEN.

IT IS SO ORDERED.

Dated: August 9, 2019

*/s/ Morrison C. England, Jr.*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1