McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00091-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JAMAINE DONTAE BARNES, KAVIEO DAESHAUN LEE WILEY, VINCENT ISAIAH PATTERSON, JOHNESHA DENAE THOMPSON, KADRENA LATRICE WATTS, JEREMY JEROME BARNETT, CHEVELE BERNARD RICHARDSON, and TASHAWN TERRELL DICKERSON, | DATE: August 22, 2019 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1.     By previous order, this matter was set for status on August 22, 2019.

2.     By this stipulation, defendants now move to continue the status conference until October 31, 2019, and to exclude time between August 22, 2019, and October 31, 2019, under Local Codes T2 and T4.

3.     The parties agree and stipulate, and request that the Court find the following:

        a)     The government has represented that, for all defendants except Tashawn

Dickerson, the discovery associated with this case to date includes more than 4,000 pages of

investigative reports, photographs, affidavits, and other documents; approximately 470 recorded phone calls intercepted pursuant to the Title III wiretap; and other video and audio recordings. For defendant Tashawn Dickerson, the discovery associated with this case to date includes more than 290 pages of investigative reports, photographs, affidavits, and other documents, as well as approximately 470 recorded phone calls intercepted pursuant to the Title III wiretap. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      On August 9, 2019, the Court signed an order substituting Attorney Alonzo Gradford as counsel of record for defendant Tashawn Dickerson.

c)      Counsel for defendants desire additional time to review the discovery in this case, to conduct investigation, to consult with their clients, and to otherwise prepare for trial.

d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      In addition, as was previously found at defendants' arraignments on the Indictment (ECF Nos. 49, 66, 84), this case is "complex" within the meaning of 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2], based on the number of defendants, and the existence of a Title III wiretap resulting in hundreds of recorded conversations.

g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 22, 2019 to October 31, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in

a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  August 19, 2019                          McGREGOR W. SCOTT
                                                 United States Attorney


                                                 /s/ DAVID W. SPENCER
                                                 DAVID W. SPENCER
                                                 Assistant United States Attorney


Dated:  August 19, 2019                          /s/ Michael B. Bigelow
                                                 Michael B. Bigelow
                                                 Counsel for Defendant
                                                 JAMAINE DONTAE BARNES


Dated:  August 19, 2019                          /s/ Christopher R. Cosca
                                                 Christopher R. Cosca
                                                 Counsel for Defendant
                                                 KAVIEO DAESHAUN LEE WILEY


Dated:  August 19, 2019                          /s/ Dina L. Santos
                                                 Dina L. Santos
                                                 Counsel for Defendant
                                                 VINCENT ISAIAH PATTERSON


Dated:  August 19, 2019                          /s/ Olaf W. Hedberg
                                                 Olaf W. Hedberg
                                                 Counsel for Defendant
                                                 JOHNESHA DENAE THOMPSON


Dated:  August 19, 2019                          /s/ John R. Manning
                                                 John R. Manning
                                                 Counsel for Defendant
                                                 KADRENA LATRICE WATTS


Dated:  August 19, 2019                          /s/ Michael D. Long
                                                 Michael D. Long
                                                 Counsel for Defendant
                                                 JEREMY JEROME BARNETT

Dated: August 19, 2019

/s/ Tasha P. Chalfant
Tasha P. Chalfant
Counsel for Defendant
CHEVELE BERNARD RICHARDSON

Dated: August 19, 2019

/s/ Alonzo J. Gradford
Alonzo J. Gradford
Counsel for Defendant
TASHAWN TERRELL DICKERSON

**ORDER**

IT IS SO ORDERED.

Dated: August 20, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE