McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00091-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JAMAINE DONTAE BARNES, JAMAR DEONTAE BARNES, KAVIEO DAESHAUN LEE WILEY, VINCENT ISAIAH PATTERSON, JOHNESHA DENAE THOMPSON, KADRENA LATRICE WATTS, JEREMY JEROME BARNETT, and CHEVELE BERNARD RICHARDSON, | DATE: October 31, 2019
TIME: 10:00 a.m.
COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on October 31, 2019.

2. By this stipulation, defendants now move to continue the status conference until January 23, 2020, and to exclude time between October 31, 2019, and January 23, 2020, under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case to date includes more than 12,000 pages of investigative reports, photographs, affidavits, and other

documents; approximately 470 recorded phone calls intercepted pursuant to the Title III wiretap; and other video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b) On October 24, 2019, the grand jury returned a superseding indictment adding new charges against defendants Jamaine Barnes, Jamar Barnes, Wiley, Patterson, Watts, and Richardson.

      c) Counsel for defendants desire additional time to review the discovery in this case, to conduct investigation, to consult with their clients, and to otherwise prepare for trial.

      d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e) The government does not object to the continuance.

      f) In addition, as was previously found at defendants' arraignments on the Indictment (ECF Nos. 49, 66, 84), and in this Court's August 20, 2019 Order (ECF No. 112), this case is "complex" within the meaning of 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2], based on the number of defendants, and the existence of a Title III wiretap resulting in hundreds of recorded conversations.

      g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 31, 2019 to January 23, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 28, 2019
McGREGOR W. SCOTT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: October 28, 2019
/s/ Lupe Martinez
Lupe Martinez
Counsel for Defendant
JAMAINE DONTAE BARNES

Dated: October 28, 2019
/s/ Etan Zaitsu
Etan Zaitsu
Counsel for Defendant
JAMAR DEONTAE BARNES

Dated: October 28, 2019
/s/ Christopher R. Cosca
Christopher R. Cosca
Counsel for Defendant
KAVIEO DAESHAUN LEE WILEY

Dated: October 28, 2019
/s/ Dina L. Santos
Dina L. Santos
Counsel for Defendant
VINCENT ISAIAH PATTERSON

Dated: October 28, 2019
/s/ Olaf W. Hedberg
Olaf W. Hedberg
Counsel for Defendant
JOHNESHA DENAE THOMPSON

Dated: October 28, 2019
/s/ John R. Manning
John R. Manning
Counsel for Defendant
KADRENA LATRICE WATTS

Dated: October 28, 2019  /s/ Michael D. Long
Michael D. Long
Counsel for Defendant
JEREMY JEROME BARNETT

Dated: October 28, 2019  /s/ Tasha P. Chalfant
Tasha P. Chalfant
Counsel for Defendant
CHEVELE BERNARD RICHARDSON

**ORDER**

IT IS SO ORDERED.

Dated: October 29, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE