LUPE MARTINEZ, CSBN 49620
Attorney at Law
601 Snyder Avenue
Aromas, California 95004
TEL: (408) 857-5418
martinez-luna@sbcglobal.net

Attorney for Defendant
JAMAINE DONTAE BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAINE DONTAE BARNES,<br><br>Defendant. | No. CR 19-00091-01 MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>ORDER<br><br>**Honorable William B. Shubb**<br>Senior United States District Judge |

Defendant Jamaine Dontae Barnes and the government through their respective counsel, Lupe Martinez and Assistant United States Attorney David Spencer, hereby stipulate as follows:

1. The status conference presently set for January 21, 2020 at 9:00 a.m. may be continued to January 27, 2020 at 9:00 a.m.

2. On January 6, 2020, the Court per a Minute Order set the status conference in the above case for January 21, 2020 at 9:00 a.m. before the Sr. United States District Judge William B. Shubb. The status conference will address undersigned counsel's motion to withdraw as counsel for defendant

Stipulation and Proposed Order to
Continue Status Conference

˘ 1 ˘

Jamaine Dontae Barnes because of a conflict of interest exists based on defense counsel's previous representation of co-defendant Johnesha Thompson.

3. Continuance of the January 21, 2020 status conference is necessary because undersigned defense counsel Lupe Martinez has two cases set for the same date which were previously set in the Santa Clara County Superior Court, San Jose, California. The cases are: *People v. Claudia Cabada De La Cruz*, No. C1920904 and *People v. Francisco Garcia Solorio*, No. C1922160. The dates in both cases were set in December 2019.

4. A continuance is also necessary to allow sufficient time for undersigned defense counsel to arrange for CJA counsel to be appointed to represent defendant Jamaine Dontae Barnes.

5. A continuance is also necessary because undersigned defense counsel has been out of the country and returns to the United States on January 19, 2020 and will need to focus on the Santa Clara County cases that were previously set.

6. On January 06, 2019, Judge Shubb's courtroom clerk, Karen Kirksey Smith, advised undersigned defense counsel to prepare a stipulation and proposed order to continue the status conference from January 21, 2020 to January 27, 2020 at 9:00 a.m.. Ms. Smith advised this date a date available on Judge Shubb's calendar.

7. It is further stipulated that in light of the need to arrange for new CJA counsel to be appointed, the parties agree that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. Section 3161, et. seq., within which trial must commence, the time period of January 21, 2020 to January 27, 2020, inclusive, be excluded pursuant to 18 U.S.C. Section 3162(h)(7)(A), B(iv) (Local Code T4) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

So Stipulated.

Stipulation and Proposed Order to
Continue Status Conference

˘ 2 ˘

| | |
|---|---|
| Dated: January 8, 2020 | Date: January 8, 2020 |
| s/s Lupe Martinez | s/s David Spencer |
| LUPE MARTINEZ<br>Attorney for Defendant | DAVID SPENCER<br>Assistant United States Attorney |

**ORDER**

GOOD CAUSE APPEARING,

IT IS ORDERED that the status conference presently set for January 21, 2020 at 9:00 a.m. be continued to January 27, 2020 at 9:00 a.m. in the above-entitled case.

IT IS FURTHER ORDERED that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. Section 3161, et. seq., within which trial must commence, the time period of January 21, 2020 to January 27, 2020, inclusive, be excluded pursuant to 18 U.S.C. Section 3162(h)(7)(A), B(iv) (Local Code T4) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

SO ORDERED.

Dated: January 8, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
**For the Hon. Morrison C. England**

Stipulation and Proposed Order to
Continue Status Conference

- 3 -