**Mark Reichel SBN 155034**
**Attorney at Law**
455 Capitol Mall 8th Floor, Suite 802
Sacramento, CA 95814
Telephone: 916.498.9258
Facsimile: 888.567.2949

Attorney for Defendant JAMAINE BARNES

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>JAMAINE BARNES<br><br>Defendant | Case No. 19-CR-0091 MCE<br><br>**STIPULATION ON DEFENSE REQUESTED ORDER FOR DEFENDANT'S TEMPORARY RELEASE TO ATTEND FUNERAL; ORDER THEREON.**<br><br>**Date:**<br>**Time:** |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney David Spencer, and Defendant by and through his attorney Mark J. Reichel, provide this unopposed defense request for the defendant to be temporarily released as set forth hereinafter. The request is for an Order granting Mr. Barnes's temporary release from the Sacramento County Jail on Monday October 4, 2021 from 8:00 a.m. to 7:30 p.m., to attend the funeral of his father in law, Horace Horton, who passed away on September 20, 2021, and is made pursuant to pursuant to 18 U.S.C. § 3142(i). The death represents a significant loss for the defendant.

The defendant is pretrial on the matter, and the plaintiff does not oppose the Order allowing Mr. Barnes to be temporarily released from the Sacramento County Jail to the custody of Investigator Fred Scoville on October 4, 2021, from 8:00 a.m. to 7:30 p.m. Mr. Barnes's activity will be limited to traveling from the Sacramento County Jail to attend

service at 11 a.m. at Community Church 2201 University Ave, East Palo Alto, CA 94303.

Investigator Scoville will escort Mr. Barnes to the church and cemetery and remain with him at all times until his return to the Sacramento County Jail.

\DATED: September 29, 2021

*David Spencer*

David Spencer

Assistant United States Attorney

*Mark J. Reichel*

Attorney For Defendant

**ORDER FOR TEMPORARY RELEASE**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, and good cause appearing to exist, the Court orders the following:

1. JAMAINE BARNES  XREF X-4949235 DOB 2/17/1982 shall be released from the Sacramento County Jail on a "Temporary Out" on October 4, 2021, at 8:00 a.m., to the temporary custody of Investigator Fred Scoville, who has agreed to act as third-party custodian.

2. Upon temporary release, Mr. Barnes shall remain with the third-party custodian while traveling from the Sacramento County Jail to Community Church 2201 University Ave, East Palo Alto, CA 94303 to attend the 11:00 a.m. services.

3. Investigator Scoville shall return Mr. Barnes to the Sacramento County Jail by 7:30 p.m. on October 4, 2021.  Investigator Scoville IS ORDERED to notify the government and Pretrial Services immediately if Mr. Barnes is non-compliant with the conditions of release.

4. Defendant shall forthwith sign and his counsel file with this Court a Notice to Defendant Being Released which Contains the appropriate advisements for such temporary release.

5. Funds for the time and expenses of investigator Scoville shall be paid out of the already approved investigative expert services funds authorized in this matter.

IT IS SO ORDERED.

DATED: September  30, 2021.

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE