PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00091-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JAMAINE DONTAE BARNES, JAMAR DEONTAE BARNES, KAVIEO DAESHAUN LEE WILEY, VINCENT ISAIAH PATTERSON, KADRENA LATRICE WATTS, and LAMONT MONTEZ THIBODEAUX, | DATE: October 28, 2021
TIME: 10:00 a.m.
COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 28, 2021.

2. By this stipulation, defendants now move to continue the status conference until October 28, 2021, and to exclude time between October 28, 2021, and January 13, 2022, under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

a) The government has represented that the discovery associated with this case to date includes more than 13,500 pages of investigative reports, photographs, affidavits, and other documents; approximately 470 recorded phone calls intercepted pursuant to the Title III wiretap; and other video and audio recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) On or about January 27, 2020, attorney Mark Reichel was appointed as new counsel of record for defendant Jamaine Barnes.

c) On July 14, 2020, defendant Lamont Thibodeaux made his initial appearance in this district.  Attorney Kelly Babineau was appointed to represent defendant Thibodeaux on or about July 10, 2020.

d) On June 3, 2021, the government produced in discovery an additional 95 pages of new material, consisting of investigative reports and other evidence.

e) Counsel for defendants need additional time to review the discovery in this case, to conduct independent factual investigation, to research trial and sentencing issues, to consult with their clients, and to otherwise prepare for trial.

f) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g) The government does not object to the continuance.

h) In addition, as was previously found at defendants' arraignments on the Indictment (ECF Nos. 49, 66, 84, 239), and in this Court's August 20, 2019 Order (ECF No. 112), October 29, 2019 Order (ECF No. 134), January 21, 2020 Order (ECF No. 155), June 8, 2020 Order (ECF No. 215), August 31, 2020 Order (ECF No. 248), December 14, 2020 Order (ECF No. 276), April 8, 2021 Order (ECF No. 281), June 14, 2021 Order (ECF No. 296), and September 14, 2021 Order (ECF No. 313), this case is "complex" within the meaning of 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2], based on the number of defendants, and the existence of a Title III wiretap resulting in hundreds of recorded conversations.

i) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

j) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 28, 2021 to January 13, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 26, 2021               PHILLIP A. TALBERT
                                      Acting United States Attorney

                                      /s/ DAVID W. SPENCER
                                      DAVID W. SPENCER
                                      Assistant United States Attorney

Dated: October 26, 2021               /s/ Mark J. Reichel
                                      Mark J. Reichel
                                      Counsel for Defendant
                                      JAMAINE DONTAE BARNES

Dated: October 26, 2021               /s/ Etan Zaitsu
                                      Etan Zaitsu
                                      Counsel for Defendant
                                      JAMAR DEONTAE BARNES

Dated: October 26, 2021               /s/ Christopher R. Cosca
                                      Christopher R. Cosca
                                      Counsel for Defendant
                                      KAVIEO DAESHAUN LEE WILEY

Dated:  October 26, 2021          /s/ Dina L. Santos
                                  Dina L. Santos
                                  Counsel for Defendant
                                  VINCENT ISAIAH PATTERSON

Dated:  October 26, 2021          /s/ John R. Manning
                                  John R. Manning
                                  Counsel for Defendant
                                  KADRENA LATRICE WATTS

Dated:  October 26, 2021          /s/ Kelly Babineau
                                  Kelly Babineau
                                  Counsel for Defendant
                                  LAMONT MONTEZ THIBODEAUX

**ORDER**

IT IS SO ORDERED.

Dated:  October 28, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

4