PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00091-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JAMAINE DONTAE BARNES, JAMAR DEONTAE BARNES, KAVIEO DAESHAUN LEE WILEY, KADRENA LATRICE WATTS, and LAMONT MONTEZ THIBODEAUX, | DATE: February 3, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on February 3, 2022.

2. By this stipulation, the parties request to vacate the February 3, 2022 status hearing and to set this case for a jury trial to begin on January 17, 2023, at 9:00 a.m., and a trial confirmation hearing for November 17, 2022, at 9:30 a.m. In addition, defendants move to exclude time between February 3, 2022, and January 17, 2023, under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case to date includes more than 13,500 pages of investigative reports, photographs, affidavits, and other documents; approximately 470 recorded phone calls intercepted pursuant to the Title III wiretap; and other video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      On or about January 27, 2020, attorney Mark Reichel was appointed as new counsel of record for defendant Jamaine Barnes.

      c)      On July 14, 2020, defendant Lamont Thibodeaux made his initial appearance in this district. Attorney Kelly Babineau was appointed to represent defendant Thibodeaux on or about July 10, 2020.

      d)      Counsel for defendants need additional time to review the discovery in this case, to conduct independent factual investigation, to research trial and sentencing issues, to consult with their clients, and to otherwise prepare for trial.

      e)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f)      The government does not object to the continuance.

      g)      In addition, as was previously found at defendants' arraignments on the Indictment (ECF Nos. 49, 66, 84, 239), and in this Court's August 20, 2019 Order (ECF No. 112), October 29, 2019 Order (ECF No. 134), January 21, 2020 Order (ECF No. 155), June 8, 2020 Order (ECF No. 215), August 31, 2020 Order (ECF No. 248), December 14, 2020 Order (ECF No. 276), April 8, 2021 Order (ECF No. 281), June 14, 2021 Order (ECF No. 296), September 14, 2021 Order (ECF No. 313), October 28, 2021 Order (ECF No. 328), and January 7, 2022 Order (ECF No. 356), this case is "complex" within the meaning of 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2], based on the number of defendants, and the existence of a Title III wiretap resulting in hundreds of recorded conversations.

      h)      The parties further agree and stipulate that pursuant to Federal Rule of Criminal Procedure 12(c)(1), Defendants must file all pretrial motions other than motions *in limine* no

later than September 15, 2022, and request the following briefing schedule: (i) Defendants shall file any such motions no later than September 15, 2022; (ii) the government's oppositions or statements of non-opposition shall be filed no later than October 13, 2022; (iii) Defendants' reply briefs, if any, shall be filed no later than October 27, 2022; and (iv) the motions shall be heard, if the Court holds a hearing, on November 17, 2022.

  i) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  j) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 3, 2022 to January 17, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 31, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ DAVID W. SPENCER<br>DAVID W. SPENCER<br>Assistant United States Attorney |
| Dated: January 31, 2022 | /s/ Mark J. Reichel<br>Mark J. Reichel<br>Counsel for Defendant<br>JAMAINE DONTAE BARNES |
| Dated: January 31, 2022 | /s/ Etan Zaitsu<br>Etan Zaitsu<br>Counsel for Defendant<br>JAMAR DEONTAE BARNES |
| Dated: January 31, 2022 | /s/ Christopher R. Cosca<br>Christopher R. Cosca<br>Counsel for Defendant<br>KAVIEO DAESHAUN LEE WILEY |
| Dated: January 31, 2022 | /s/ John R. Manning<br>John R. Manning<br>Counsel for Defendant<br>KADRENA LATRICE WATTS |
| Dated: January 31, 2022 | /s/ Kelly Babineau<br>Kelly Babineau<br>Counsel for Defendant<br>LAMONT MONTEZ THIBODEAUX |

**FINDINGS AND ORDER**

Having reviewed the parties' stipulation, and for good cause shown, the Court approves the stipulation, makes the requested findings, and orders that:

1. The February 3, 2022 status conference is vacated.
2. This case is set for jury trial on January 17, 2023, at 9:00 a.m., and for a trial confirmation hearing on November 17, 2022, at 9:30 a.m., and time is excluded under the Speedy Trial Act through January 17, 2023, with the above-requested findings made by the Court.

2. Pursuant to Federal Rule of Criminal Procedure 12(c)(1), Defendants shall file all pretrial motions, other than motions *in limine*, no later than September 15, 2022; the government shall file its oppositions or statements of non-opposition no later than October 13, 2022; Defendants shall file their reply briefs, if any, no later than October 27, 2022; and the Court shall hear the motions, if at all, on November 17, 2022, unless otherwise continued by the Court.

IT IS SO ORDERED.

DATED: January 31, 2022

                                                                   Troy L. Nunley
                                                                   United States District Judge