PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAINE DONTAE BARNES,<br>JAMAR DEONTAE BARNES,<br>KAVIEO DAESHAUN LEE WILEY,<br>KADRENA LATRICE WATTS, and<br>LAMONT MONTEZ THIBODEAUX,<br><br>Defendants. | CASE NO. 2:19-CR-00091-DAD<br><br>STIPULATION TO SET STATUS CONFERENCE; ORDER<br><br>DATE: September 27, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. This case is set for a jury trial to begin on January 17, 2023. Time has been excluded through that date under the Speedy Trial Act, pursuant to Local Codes T2 and T4. *See* ECF No. 364.

2. On August 25, 2022, this case was reassigned from District Judge Troy L. Nunley to District Judge Dale A. Drozd. *See* ECF No. 378.

1

1      3.      The parties have had informal discussions regarding the request of counsel for several defendants to continue the trial date. The government does not oppose a short continuance until February 2023, if the Court has available trial dates then, but does oppose a longer continuance.

4.      Accordingly, the parties respectfully request to set this case for a status conference on September 27, 2022, at 9:00 a.m.

IT IS SO STIPULATED.

Dated:  September 21, 2022                           PHILLIP A. TALBERT
                                                     United States Attorney


                                                     /s/ DAVID W. SPENCER
                                                     DAVID W. SPENCER
                                                     Assistant United States Attorney


Dated:  September 21, 2022                           /s/ Mark J. Reichel
                                                     Mark J. Reichel
                                                     Counsel for Defendant
                                                     JAMAINE DONTAE BARNES

Dated:  September 21, 2022                           /s/ Etan Zaitsu
                                                     Etan Zaitsu
                                                     Counsel for Defendant
                                                     JAMAR DEONTAE BARNES


Dated:  September 21, 2022                           /s/ Christopher R. Cosca
                                                     Christopher R. Cosca
                                                     Counsel for Defendant
                                                     KAVIEO DAESHAUN LEE WILEY

Dated:  September 21, 2022                           /s/ John R. Manning
                                                     John R. Manning
                                                     Counsel for Defendant
                                                     KADRENA LATRICE WATTS


Dated:  September 21, 2022                           /s/ Kelly Babineau
                                                     Kelly Babineau
                                                     Counsel for Defendant
                                                     LAMONT MONTEZ THIBODEAUX

**ORDER**

Having reviewed the parties' stipulation, the Court orders that a status conference is hereby set for September 27, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**September 21, 2022**__                    _____
                                                                                    UNITED STATES DISTRICT JUDGE