PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00091-DAD |
|---|---|
| Plaintiff, | STIPULATION TO SET PRETRIAL MOTIONS DEADLINE AND BRIEFING SCHEDULE; ORDER |
| v. | |
| JAMAINE DONTAE BARNES, JAMAR DEONTAE BARNES, KAVIEO DAESHAUN LEE WILEY, KADRENA LATRICE WATTS, and LAMONT MONTEZ THIBODEAUX, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. On September 27, 2022, the parties appeared for a status conference and the Court set this matter for a jury trial to begin April 10, 2023. At the hearing, the Court directed the parties to meet and confer and file a stipulation with a pretrial motions deadline and briefing schedule.

2. By this stipulation, the parties hereby agree and stipulate that pursuant to Federal Rule of Criminal Procedure 12(c)(1), Defendants must file all pretrial motions other than motions *in limine* no later than January 10, 2023, and request the following briefing schedule: (i) Defendants shall file any such motions no later than January 10, 2023; (ii) the government's oppositions or statements of non-

opposition shall be filed no later than January 31, 2023; (iii) Defendants' reply briefs, if any, shall be filed no later than February 14, 2023; and (iv) the motions shall be heard, if the Court holds a hearing, on February 21, 2023.

IT IS SO STIPULATED.

Dated: September 30, 2022          PHILLIP A. TALBERT
                                   United States Attorney

                                   /s/ DAVID W. SPENCER
                                   DAVID W. SPENCER
                                   Assistant United States Attorney

Dated: September 30, 2022          /s/ Mark J. Reichel
                                   Mark J. Reichel
                                   Counsel for Defendant
                                   JAMAINE DONTAE BARNES

Dated: September 30, 2022          /s/ Etan Zaitsu
                                   Etan Zaitsu
                                   Counsel for Defendant
                                   JAMAR DEONTAE BARNES

Dated: September 30, 2022          /s/ Christopher R. Cosca
                                   Christopher R. Cosca
                                   Counsel for Defendant
                                   KAVIEO DAESHAUN LEE WILEY

Dated: September 30, 2022          /s/ John R. Manning
                                   John R. Manning
                                   Counsel for Defendant
                                   KADRENA LATRICE WATTS

Dated: September 30, 2022          /s/ Kelly Babineau
                                   Kelly Babineau
                                   Counsel for Defendant
                                   LAMONT MONTEZ THIBODEAUX

/ / /

/ / /

/ / /

/ / /

**FINDINGS AND ORDER**

Having reviewed the parties' stipulation, the Court hereby orders that:

Pursuant to Federal Rule of Criminal Procedure 12(c)(1), Defendants shall file all pretrial motions, other than motions *in limine*, no later than January 10, 2023; the government shall file its oppositions or statements of non-opposition no later than January 31, 2023; Defendants shall file their reply briefs, if any, no later than February 14, 2023; and the Court shall hear the motions, if at all, on February 21, 2023, unless otherwise continued by the Court.

IT IS SO ORDERED.

Dated:   **September 30, 2022**                         _____
                                                                    UNITED STATES DISTRICT JUDGE