**SHARI RUSK**
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone:(916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant**
**Jamaine Barnes**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 2:19-CR-00091 DAD-1 |
| Plaintiff, | |
| v. | **APPLICATION TO REQUEST SECOND COUNSEL AND ORDER** |
| **Jamaine Barnes** | |
| Defendant. | |

   Defendant Jamaine Barnes, by and through his attorney of record, Shari Rusk, respectfully moves the Court, pursuant to the Fifth Amendment guarantee of due process of law, the Sixth Amendment right to effective assistance of counsel, and Section 220.10 of the CJA Guidelines for the Appointment of Counsel, from the Administrative Office of the United States Courts, for an order permitting a second attorney and second private investigator be appointed to assist in the representation of Mr. Barnes.

  The CJA Guidelines, § 220.10, Timely Appointment of Counsel provides as follows:
> "… a person financially eligible for representation should be provided with counsel as soon as feasible after being taken into custody, when first appearing before the court or U.S. magistrate judge, when formally charged, or when otherwise entitled to counsel under the CJA, whichever occurs earliest."

CJA Guideline § 230.53, in relevant part, states:

(a) In an extremely difficult case where the court finds it in the interest of justice to appoint an additional attorney, each attorney is eligible to receive the maximum compensation allowable under the CJA.

(b) The finding of the court that the appointment of an additional attorney in a difficult case was necessary and in the interest of justice must appear on the Order of Appointment.

Mr. Barnes is set for trial in July of 2024. The case has suffered a number of delays through counsel changes. It is a complicated wiretap case with a very demanding client and a large amount of discovery. Mr. Barnes is facing a mandatory life sentence. We ask that second counsel be appointed for trial in this matter. John Balazs is available and willing to accept this appointment.  We have also sought and obtained the approval of both Kurt Heiser, the CJA Panel Administrator and Jen Naegele, the 9th Cir. Budgeting attorney.

Dated:  February 2, 2024.

By     /s/ Shari Rusk
   Shari Rusk
   Attorney for Defendant
   Jamaine Barnes

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints John Balazs as second counsel in the above-captioned matter. The Court further finds that the appointment of an additional attorney in this difficult case is necessary and in the interest of justice.

IT IS SO ORDERED.

Dated:   **February 21, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE