PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
JUSTIN L. LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00091-DAD |
| Plaintiff, | STIPULATION TO SET PRETRIAL MOTIONS DEADLINE AND BRIEFING SCHEDULE; ORDER |
| v. | |
| JAMAINE DONTAE BARNES, JAMAR DEONTAE BARNES, KAVIEO DAESHAUN LEE WILEY, KADRENA LATRICE WATTS, and LAMONT MONTEZ THIBODEAUX, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

1.     This case is set for a jury trial to begin on July 29, 2024.

2.     At the last status conference, counsel for defendant Jamaine Barnes requested a pretrial motions schedule.  The United States explained that this Court previously set a motions deadline of January 10, 2023, that the deadline had long since expired, and that it will object to any pretrial motions as untimely.  Defense counsel indicated that she nonetheless intends to file pretrial motions.  The Court indicated it will rule on the United States' untimeliness objection if and when any pretrial motion is

filed, and directed the parties to meet and confer and file a stipulation with a new pretrial motions deadline and briefing schedule.

       3.      In light of the foregoing, the parties hereby agree and stipulate that pursuant to Federal Rule of Criminal Procedure 12(c)(1), Defendants must file all pretrial motions other than motions *in limine* no later than April 16, 2024; the government's oppositions shall be filed no later than May 21, 2024; Defendants' reply briefs, if any, shall be filed no later than June 4, 2024; and the motions shall be heard, if the Court holds a hearing, on June 18, 2024.[1]

       4.      To the extent Defendants have any pretrial motions based on discovery that is first disclosed after March 19, 2024, the United States acknowledges that an amended motions deadline and briefing schedule may be appropriate.

       IT IS SO STIPULATED.

Dated:  February 26, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  February 26, 2024

/s/ Shari G. Rusk
Shari G. Rusk
Counsel for Defendant
JAMAINE DONTAE BARNES

Dated:  February 26, 2024

/s/ Etan Zaitsu
Etan Zaitsu
Counsel for Defendant
JAMAR DEONTAE BARNES

Dated:  February 26, 2024

/s/ Christopher R. Cosca
Christopher R. Cosca
Counsel for Defendant
KAVIEO DAESHAUN LEE WILEY

---

[1] By stipulating to this briefing schedule, the United States does not waive the argument that the deadline for pretrial motions has already expired and that any new pretrial motions should be denied as untimely.

Dated:  February 26, 2024                    /s/ John R. Manning
                                             John R. Manning
                                             Counsel for Defendant
                                             KADRENA LATRICE WATTS


Dated:  February 26, 2024                    /s/ Todd D. Leras
                                             Todd D. Leras
                                             Counsel for Defendant
                                             LAMONT MONTEZ THIBODEAUX


## FINDINGS AND ORDER

Having reviewed the parties' stipulation, the Court hereby orders that:

Pursuant to Federal Rule of Criminal Procedure 12(c)(1), Defendants shall file all pretrial motions, other than motions *in limine*, no later than April 16, 2024; the government shall file its oppositions or statements of non-opposition no later than May 21, 2024; Defendants shall file their reply briefs, if any, no later than June 4, 2024; and the Court shall hear the motions, if at all, on June 18, 2024, unless otherwise continued by the Court.  The Court acknowledges that pretrial motions were previously due on January 10, 2023.  *See* ECF No. 394.  By approving this new pretrial motions schedule, the Court is not necessarily finding good cause to consider pretrial motions filed after the January 10, 2023, deadline.  The Court will consider whether or not good cause exists for such motions if and when any are filed.

IT IS SO ORDERED.

Dated:   **February 27, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE