| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | DAVID W. SPENCER<br>JUSTIN L. LEE |
| 3 | EMILY G. SAUVAGEAU<br>Assistant United States Attorneys |
| 4 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 5 | Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 2:19-CR-00091-DAD |
| | Plaintiff, | STIPULATION TO SET BRIEFING SCHEDULE |
| | v. | DATE: May 21, 2024 |
| JAMAINE DONTAE BARNES, | | TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |
| | Defendant. | |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorneys of record, Assistant U.S. Attorneys David W. Spencer, Justin L. Lee, and Emily G. Sauvageau, and Defendant, Jamaine Dontae Barnes, by and through his attorneys of record, Shari Rusk and John Balazs, hereby stipulate and agree to the following briefing schedule on two pending motions:

1. Defendant Jamaine Barnes filed two pending motions that are set for hearing before the Honorable Deborah Barnes, U.S. Magistrate Judge, on May 21, 2024: (1) Motion for Bill of Particulars, ECF 452; and (2) Motion for Discovery, ECF 453.

2. The parties agree to the following briefing schedule: Government's Oppositions due on May 14, 2024, and Defendant's replies, if any, due on May 17, 2024.

IT IS SO STIPULATED.

Dated: May 13, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: May 13, 2024

/s/ John Balazs
Shari Rusk
John Balazs
Counsel for Defendant
JAMAINE DONTAE BARNES

**[PROPOSED] ORDER**

The government's oppositions to defendant's Motion for Bill of Particulars (ECF 452) and Motion for Discovery (ECF 453) are due on May 14, 2024. Defendant's replies, if any, are due on May 17, 2024.

Dated: May 13, 2024

THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE