8

PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
JUSTIN L. LEE
EMILY G. SAUVAGEAU
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00091-DAD |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE; ORDER |
| v. | |
| JAMAINE DONTAE BARNES, and KAVIEO DAESHAUN LEE WILEY, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Jamaine Dontae Barnes and Kavieo Daeshaun Lee Wiley, by and through their respective counsel of record, hereby stipulate as follows:

1. On February 27, 2024, the Court set a pretrial motions deadline, as well as a briefing schedule and hearing date for pretrial motions. ECF 450.

2. On April 15, 2024, defendant Jamaine Barnes filed three pretrial motions that are currently pending before this Court: a Motion to Dismiss Counts as Multiplicitous (ECF 454), a Motion to Dismiss Count 18 Pursuant to *U.S. v. Bruen* (ECF 455), and a Motion to Disclose Identities of

Confidential Sources (ECF 456).  On April 17, 2024, defendant Kavieo Wiley joined in the Motion to Dismiss Pursuant to *Bruen* (ECF 458)[1] and the Motion to Disclose Identities of Confidential Sources (ECF 459).

3. By this stipulation, the parties request to make two adjustments to the briefing and hearing schedule on these motions.

4. First, the parties request to adjust the briefing schedule on the Motion to Dismiss Pursuant to *U.S. v. Bruen* (ECF 455), as follows: the government shall file its opposition or statement of non-opposition no later than June 4, 2024; and Defendants shall file their reply brief, if any, no later than June 11, 2024.  This adjustment will allow the government additional time to address the Ninth Circuit's recent decision in *United States v. Duarte*, No. 22-50048, 2024 WL 2068016 (9th Cir. May 9, 2024), in its briefing.

5. Second, the parties request to re-set the hearing date for all three pending motions (ECF 454, 455, 456) to June 18, 2024.  This Court previously ordered that the hearing on all pretrial motions shall occur on June 18, 2024.  *See* ECF 450.  Defense counsel mistakenly noticed the hearings on these motions for June 25, 2024, instead of June 18, 2024.

IT IS SO STIPULATED.

Dated:  May 16, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  May 16, 2024

/s/ Shari G. Rusk
Shari G. Rusk
John Balazs
Counsel for Defendant
JAMAINE DONTAE BARNES

---

[1] Defendant Wiley moves to dismiss Count 19, which charges him with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g).  Count 18 charges Jamaine Barnes with a violation of 18 U.S.C. § 922(g).

Dated: May 16, 2024                         /s/ Christopher R. Cosca
                                            Christopher R. Cosca
                                            Counsel for Defendant
                                            KAVIEO DAESHAUN LEE WILEY

**ORDER**

Having reviewed the parties' stipulation, the Court hereby orders that:

The hearing on defendants' pending motions ECF 454, 455, and 456 is hereby re-set for hearing on June 18, 2024 at 9:30 a.m.

With regard to the pending Motion to Dismiss Pursuant to *U.S. v. Bruen* (ECF 455), the government shall file its opposition or statement of non-opposition no later than June 4, 2024; and Defendants shall file their reply brief, if any, no later than June 11, 2024.

For the other pending motions (ECF 454, 456), the briefing schedule previously set remains in effect: the government shall file its oppositions or statements of non-opposition no later than May 21, 2024; and Defendants shall file their reply briefs, if any, no later than June 4, 2024. *See* ECF 450.

IT IS SO ORDERED.

Dated:  **May 20, 2024**                    _____
                                            DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE