JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

SHARI RUSK, Bar #170313
Attorney at Law
916 2nd Street, Second Floor
Sacramento, CA 95814
Telephone: (916) 804-8656
rusklaw@att.net

Attorneys for Defendant
JAMAINE BARNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JAMAINE BARNES,<br><br>   Defendant. | No. 2:19-CR-0091-DAD<br><br>**ORDER DENYING APPLICATION FOR AN ORDER TO ALLOW COURT REPORTER TO PROVIDE SEALED STATUS-OF-COUNSEL TRANSCRIPTS TO *ONLY* DEFENDANT JAMAINE BARNES'S DEFENSE COUNSEL** |

The application (Doc. No. 477) is denied due to an insufficient showing of need by current defense counsel with respect to access to the sealed portions of the *in-camera* hearing conducted on September 27, 2022 (Doc. No. 389) and February 14, 2023 (ECF No. 416), with defendant Jamaine Barnes and his former counsel (who was thereafter relieved).

IT IS SO ORDERED.

Dated:  **May 30, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28