```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  DAVID W. SPENCER
    JUSTIN L. LEE
 3  EMILY G. SAUVAGEAU
    Assistant United States Attorneys
 4  501 I Street, Suite 10-100
    Sacramento, CA 95814
 5  Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
 6

 7  Attorneys for Plaintiff
    United States of America
 8
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00091-DAD-1 |
|---|---|
| Plaintiff, | STIPULATION TO SET BRIEFING SCHEDULE |
| v. | DATE: June 18, 2024 |
| JAMAINE DONTAE BARNES, | TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorneys of record, Assistant U.S. Attorneys David W. Spencer, Justin L. Lee, and Emily G. Sauvageau, and Defendant, Jamaine Dontae Barnes, by and through his attorneys of record, Shari Rusk and John Balazs, hereby stipulate and agree to the following briefing schedule:

1. Defendant Jamaine Barnes filed a Motion for Pretrial Disclosure of Jencks Act Materials and Rule 404(b) Notice, set for hearing on June 18, 2024 (ECF 476).

2. The parties agree to the following briefing schedule: Government's Opposition due on June 11, 2024, and Defendant's reply, if any, due on June 14, 2024.

IT IS SO STIPULATED.

STIPULATION TO SET BRIEFING SCHEDULE  1

Dated:  June 7, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *DAVID W. SPENCER*
DAVID W. SPENCER
Assistant United States Attorney

Dated:  June 7, 2024

/s/ *John Balazs*
Shari Rusk
John Balazs
Counsel for Defendant
JAMAINE DONTAE BARNES

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the government's opposition to defendant's Motion for Pretrial Disclosure of Jencks Act Materials and Rule 404(b) Notice (ECF 476) is due on June 11, 2024.  Defendant's reply, if any, is due on June 14, 2024.

IT IS SO ORDERED.

Dated:  **June 9, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE