John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel:  (916) 447-9299
balazslaw@gmail.com
Sacramento, CA 95814

Attorney for Defendant
JAMAINE BARNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAINE BARNES,<br><br>Defendant. | No.  2:19-CR-0091-DAD-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER**<br><br>Hearing:<br><br>Date:  June 25, 2024<br>Time: 2:00 p.m.<br>Hon.  Allison Claire |

Defendant Jamine Barnes, through counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the hearing on defendant's *Henthorn* motion (ECF No. 479) from June 18, 2024 to June 25, 2024, at 2 p.m.  The reason for this request is that this motion was noticed to be heard on the same day as a motion hearing before Judge Dale A. Drozd at 9:30 a.m. to minimize the U.S. Marshal's transportation of the defendant from Nevada County Jail to Court.

The motion hearing before Judge Drozd has now been continued from June 18, 2024 to June 25, 2024, at 9:30 a.m..  The parties thus request that the *Henthorn* motion hearing also be continued to the same day, that is, June 25, 2024, at 2 p.m.

1

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated:  June 12, 2024

/s/ John Balazs
JOHN BALAZS
SHARI RUSK

Attorneys for Defendant
JAMAINE BARNES

PHILLIP TALBERT
United States Attorney

Dated:  June 12, 2024

By:   /s/ David W. Spencer
DAVID W. SPENCER
JUSTIN L. LEE
EMILY G. SAUVAGEAU

Assistant U.S. Attorneys

**ORDER**

IT IS SO ORDERED.

Dated: June 17, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2