JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
balazslaw@gmail.com

Attorney for Defendant
JAMAINE DONTAE BARNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-0091-DAD |
| Plaintiff, | **PROPOSED ORDER TO SEAL DOCUMENTS** |
| v. | |
| JAMAINE DONTAE BARNES, | |
| Defendant. | |

    Upon application of the defendant Jamaine Barnes, through counsel, and good cause being show as set forth in defendant's notice of request to seal and request to seal,

/////

/////

/////

/////

IT IS HEREBY ORDERED that Exhibit A to defendant's July 1, 2024 motion to reduce sentence (ECF No. 513) shall be SEALED until ordered unsealed by the Court.

IT IS SO ORDERED.

Dated: **July 1, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE