JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
balazslaw@gmail.com

Attorney for Defendant
JAMAINE DONTAE BARNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-0091-DAD |
| Plaintiff, | **ORDER TO SEAL DOCUMENTS** |
| v. | |
| JAMAINE DONTAE BARNES, | |
| Defendant. | |

Upon application of the defendant Jamaine Barnes, through counsel, and good cause being show as set forth in defendant's notice of request to seal and request to seal,

IT IS HEREBY ORDERED that Exhibits A and B to defendant's July 3, 2024 motion to suppress (ECF No. 517) shall be SEALED until ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:   **July 8, 2024**                          _____
                                                                DALE A. DROZD
                                                                UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28