1   John Balazs, Bar # 157287
    Attorney at Law
2   916 Second Street, Suite F
    Sacramento, CA 95814
3   Tel:  (916) 447-9299
4   balazslaw@gmail.com
    Sacramento, CA 95814
5
6   Attorneys for Defendant
    JAMAINE BARNES
7
8
9
10
11
12
                        UNITED STATES DISTRICT COURT
13
                        EASTERN DISTRICT OF CALIFORNIA
14
15
        UNITED STATES OF AMERICA,              No.  2:19-CR-0091-DAD-1
16
                        Plaintiff,             **APPLICATION FOR PROPOSED ORDER**
17
            v.
18
        JAMAINE BARNES,
19
                        Defendant.
20
21
            Defendant Jamine Barnes, through counsel John Balazs and Shari Rusk, hereby applies
22
    for an order authorizing the Eastern District of California (EDCA) probation office to provide Mr.
23
    Jamaine Barnes's defense counsel a copy of his presentence report from his prior Northern
24
    District of California (NDCA) cases, *United States v. Barnes,* N.D. Cal. Nos. 09-CR-0555-LHK
25
    and 09-CR-1082-LHK.  Counsel have been unable to get a copy of the PSR from defendant's
26
    former NDCA counsel.
27
            U.S. Probation Officer Julie Besabe has advised counsel that she has a copy of defendant

                                        1

1  Jamaine Barnes's NDCA PSR and would provide a copy to defense counsel if authorized to do so

2  by the Court.

3                                                  Respectfully submitted,

4  Dated:  September 19, 2024                      /s/ John Balazs
                                                   JOHN BALAZS
5                                                  SHARI RUSK

6                                                  Attorneys for Defendant
                                                   JAMAINE BARNES
7

8

9

10                                    **ORDER**

11       IT IS HEREBY ORDERED that the Eastern District U.S. Probation Office is authorized

12  to release a copy of defendant Jamaine Barnes's Northern District of California presentence

13  report to his current counsel John Balazs and Shari Rusk.

14

15       IT IS SO ORDERED.

16  Dated:  __**September 20, 2024**__        _____
                                              DALE A. DROZD
17                                            UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

                                    2