**SHARI RUSK**
Attorney at Law
916 2nd Ave.
Sacramento, CA 95814
Telephone:  (916) 804-8656
Email: rusklaw@att.net

**JOHN BALAZS**
Attorney at Law
916 2nd Ave., Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Email: john@balazslaw.com

**Attorneys for Defendant
Jamaine Dontae Barnes**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>vs.<br><br>JAMAINE BARNES,<br>            Defendant. | **No.** 2:19-CR-0091-DAD<br><br>**COURT:** Hon. Dale A. Drozd<br> **DATE:**   March 24, 2025<br> **TIME:**    9:30 a.m.<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING** |

       The United States of America through its undersigned counsel, DAVID SPENCER, Assistant United States Attorney, together with counsel for defendant JAMAINE BARNES, Shari Rusk, and John Balazs, hereby agree to the following:

   1.  By previous order, this matter was set for sentencing on December 3, 2024.

2.      The parties agree to continue the judgement and sentencing until March 24, 2025, and that date is available with the Court.   The parties request the following schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | March 24, 2025 |
| Reply, or Statement of Non-Opposition: | March 17, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 10, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 03, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | February 24, 2025 |
| The draft Presentence Report shall be disclosed to counsel no later than: | February 10, 2025 |

3.

Mr. Barnes has been interviewed by probation. The defense investigator is gathering additional mitigation to present to probation and time is needed to accomplish this.

DATE: October 23, 2024                                                  Respectfully Submitted,

                                                                          _/s/ Shari Rusk_____
                                                                          Shari Rusk
                                                                          Attorney for Defendant
                                                                          JAMAINE BARNES

                                                                          /s/ David Spencer_____
cc: JULIE BESABE, USPO                                                    DAVID SPENCER
                                                                          Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing originally scheduled for December 3, 2024, is continued to March 24, 2025, at 9:30 a.m. and the presentence report schedule and related dates proposed by the parties is adopted.

IT IS SO ORDERED.

Dated: **November 5, 2024**

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE