SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave.
2nd floor
Sacramento, CA. 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
JAMAINE BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JAMAINE BARNES,<br><br>Defendant. | CR.S.. 19-CR-00091 DAD-1<br><br>STIPULATION AND ORDER RE JUDGMENT & SENTENCING<br><br>Court: Hon. Dale A. Drozd<br>Time: 9:30 a.m<br>Date: August 25, 2025 |

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, JAMAINE BARNES, by and through his attorney of record, Shari Rusk, hereby move to continue judgment and sentencing hearing currently scheduled for May 19, 2025, at 9:30 a.m. to August 25, 2025. The parties adopt the following schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | August 25, 2025 |
| Reply, or Statement of Non-Opposition: | August 18, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | August 11, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | August 04, 2025 |

1

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:     July 28, 2025

The draft pre-sentence report was disclosed:     April 7, 2025

Additional time is needed for investigation related to sentencing and to complete the PSR process. Accordingly, the parties jointly request that the status re: judgment and sentencing hearing be continued to August 28, 2025, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: April 25, 2024

/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
JAMAINE BARNES

/s/ David Spencer
DAVID SPENCER
Assistant United States Attorney

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the judgment and sentencing hearing currently scheduled as to this defendant for May 19, 2025, is continued to August 25, 2025 at 9:30 a.m. and the amended presentence report related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated:   **April 25, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE