JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorney for Defendant
JAMAINE BARNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00091-DAD-1 |
| Plaintiff, | ORDER TO SEAL DOCUMENTS |
| v. | |
| JAMAINE BARNES, | |
| Defendant. | |

Upon application of defendant Jamaine Barnes, through counsel, and good cause being shown,

IT IS HEREBY ORDERED that Exhibit G (defendant's medical and mental health records) to the defendant's Reply to the Government's Sentencing Memorandum be SEALED until ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:  __November 3, 2025__

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE